# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　Plaintiff,<br><br>　　vs.<br><br>LHO MISSION BAY ROSIE RESORT, L.P., a Delaware Limited partnership; LHO MISSION BAY ROSIE LESSEE, INC., a Delaware Corporation; and DOES 1-10,<br><br>　　Defendants. | Case No. 3:20-cv-02370-DMS-MDD<br><br>**ORDER GRANTING EXTENSION OF TIME TO RESPOND TO COMPLAINT** |

On December 11, 2020, the parties filed a joint motion requesting an extension of Defendant's time to respond to Plaintiff's Complaint. (ECF No. 4.) The Court has considered the stipulated proposed order and, for good cause shown, the joint motion is **GRANTED**. Defendant has until **January 8, 2021**, to respond to Plaintiff's Complaint.

**IT IS SO ORDERED.**

Dated:  December 11, 2020

　　　　　　　　　　　　　　　　　　　　Hon. Dana M. Sabraw
　　　　　　　　　　　　　　　　　　　　United States District Judge