CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq., SBN 111282
Russell Handy, Esq., SBN 195058
Amanda Seabock, Esq., SBN 289900
Zachary Best, Esq., SBN 166035
<u>Mail</u>: 8033 Linda Vista Road, Suite 200
San Diego, CA 92111
(858) 375-7385; (888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **Orlando Garcia,** | **Case No**. 3:20-cv-02370-DMS-MDD |
| Plaintiff, | **Notice of Filing of First Amended Complaint in Lieu of Opposing Motion to Dismiss** |
| v. | |
| **LHO Mission Bay Rosie Resort, L.P.**, a Delaware Limited Partnership; **LHO Mission Bay Rosie Lessee, Inc.**, a Delaware Corporation. | |
| Defendants, | |

Defendants have filed a motion to dismiss. The plaintiff does not agree with the analysis presented in the Motion to Dismiss but believes that the complaint can be strengthened by amendment. Plaintiff has therefore filed a First Amended Complaint, adding additional factual allegations to satisfy concerns raised by the defense. In any event, said amended complaint supersedes the original complaint and moots pending Rule 12 motion: "it is hornbook law that an amended pleading supersedes the original, the latter being treated thereafter as non-existent. Once amended, the original no longer performs any function as a pleading."

*Doe v. Unocal Corp.*, 27 F.Supp.2d 1174, 1180 (C.D. Cal. 1998) *quoting*, *Bullen v. De Bretteville,* 239 F.2d 824, 833 (9th Cir. 1956).

Dated: January 7, 2021         CENTER FOR DISABILITY ACCESS

By:   /s/ Russell Handy
Russell Handy
Attorney for Plaintiff