CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq. (SBN 111282)
Russell Handy, Esq. (SBN 195058)
Amanda Seabock, Esq. (SBN 289900)
Zachary Best, Esq. (SBN 166035)
Isabel Masanque, Esq. (SBN 292673)
Faythe Gutierrez, Esq. (SBN 310430)
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 82111
Telephone: (858) 375-7385
Fascimile: (888) 422-5191
amandas@potterhandy.com

Attorneys for Plaintiff

MATTHEW S. DISBROW (SBN 294764)
mdisbrow@honigman.com
**HONIGMAN LLP**
2290 First National Bldg.
660 Woodward Ave.
Detroit, MI 48226
Telephone: (313) 465-7372
Facsimile: (313) 465-7373
mdisbrow@honigman.com

Attorneys for Defendants
LHO MISSION BAY ROSIE RESORT, L.P. and
LHO MISSION BAY ROSIE LESSEE, INC.

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ORLANDO GARCIA,<br><br>　　　Plaintiff,<br><br>　　　vs.<br><br>LHO MISSION BAY ROSIE RESORT, L.P., a Delaware Limited partnership; LHO MISSION BAY ROSIE LESSEE, INC., a Delaware Corporation; and DOES 1-10,<br><br>　　　Defendants. | Case No. 3:20-cv-02370-DMS-MDD<br><br>Hon. Dana M. Sabraw<br><br>Magistrate Judge Hon. Mitchell Dembin<br><br>**JOINT MOTION TO CONTINUE EARLY NEUTRAL EVALUATION/CASE MANAGEMENT CONFERENCE** |

Pursuant to Civil Local Rules 7.2 and 16.1(f)(1)(B), the parties jointly request continuance of the Telephone Early Neutral Evaluation/Case Management Conference ("ENE/CMC"), which is currently set for **March 17, 2021 at 9:30 a.m.** before the Honorable Mitchell Dembin.  Lead counsel for Defendants LHO Mission Bay Rosie Resort, L.P. and LHO Mission Bay Rosie Lessee, Inc., Matthew Disbrow, is in a previously scheduled arbitration from March 16, 2021 through March 19, 2021.  Counsel for Plaintiff Orlando Garcia has agreed to continue and reschedule the ENE/CMC.

Pursuant to the Court's procedures, Defendants' counsel contacted the clerk, who indicated that the Court may be available to hold the ENE/CMC on March 23 or 29, or April 16, 2021.  Both parties are available on March 23 and April 16, 2021 to participate in the ENE/CNC.

WHEREFORE, Defendants and Plaintiff respectfully request that the Court reschedule for the ENE/CMC for **March 23, 2021 or April 16, 2021**, at such time that is convenient for the Court.

Dated: March 5, 2021                    Respectfully submitted,

By: /s/ Isabel Masanque  (*with consent*)
CENTER FOR DISABILITY ACCESS
Raymond Ballister Jr., Esq. (SBN 111282)
Russell Handy, Esq. (SBN 195058)
Amanda Seabock, Esq. (SBN 289900)
Zachary Best, Esq. (SBN 166035)
Isabel Masanque, Esq. (SBN 292673)
Faythe Gutierrez, Esq. (SBN 310430)
Mail: 8033 Linda Vista Road, Suite 200
San Diego, CA 82111
Telephone: (858) 375-7385
Fascimile: (888) 422-5191
amandas@potterhandy.com

Attorneys for Plaintiff

| | |
|---|---|
| 1 | By: /s/ Matthew S. Disbrow |
| 2 | HONIGMAN LLP<br>MATTHEW S. DISBROW (SBN 294764) |
| 3 | 2290 First National Building |
| 4 | Detroit, Michigan 48226<br>Telephone:  313-465-7000 |
| 5 | Facsimile:   313-465-7373<br>mdisbrow@honigman.com |
| 6 | |
| 7 | Attorneys for Defendants LHO MISSION BAY ROSIE RESORT, L.P. and LHO |
| 8 | MISSION BAY ROSIE LESSEE, INC. |

**SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this joint motion is submitted, concur in the filing's content and have authorized the filing.

Dated: March 5, 2021          Respectfully submitted,

By: /s/ Matthew S. Disbrow
HONIGMAN LLP
MATTHEW S. DISBROW (SBN 294764)
2290 First National Building
Detroit, Michigan 48226
Telephone:  313-465-7000
Facsimile:   313-465-7373
mdisbrow@honigman.com

Attorneys for Defendants LHO MISSION BAY ROSIE RESORT, L.P. and LHO MISSION BAY ROSIE LESSEE, INC.

# CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2021, I electronically filed the foregoing papers with the Clerk of the Court using the ECF system, which will send notification of such filing to all counsel of record.

By: /s/ Matthew S. Disbrow
HONIGMAN LLP
MATTHEW S. DISBROW (SBN 294764)
2290 First National Building
Detroit, Michigan 48226
Telephone: 313-465-7000
Facsimile: 313-465-7373
mdisbrow@honigman.com

Attorneys for Defendants LHO MISSION BAY ROSIE RESORT, L.P. and LHO MISSION BAY ROSIE LESSEE, INC.