|   |   |
|---|---|
| | UNITED STATES DISTRICT COURT |
| | SOUTHERN DISTRICT OF CALIFORNIA |

| ORLANDO GARCIA, | Case No.: 20-cv-2370-DMS-MDD |
|---|---|
| Plaintiff, | **ORDER RE: ORAL ARGUMENT** |
| v. | |
| LHO MISSION BAY ROSIE RESORT, L.P., a Delaware limited partnership; LHO MISSION BAY ROSIE LESSEE, INC., a Delaware corporation, | |
| Defendants. | |

Defendants' motion for judgment on the pleadings is currently scheduled for hearing on April 9, 2021. The Court finds this matter suitable for decision without oral argument pursuant to Civil Local Rule 7.1(d)(1). Accordingly, the April 9, 2021 hearing is vacated.

**IT IS SO ORDERED.**

Dated: April 2, 2021

_____
Hon. Dana M. Sabraw, Chief Judge
United States District Court