

# United States District Court
### SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Orlando Garcia | Civil Action No. 20-cv-02370-DMS-MDD |
| Plaintiff, | |
| V. | |
| LHO Mission Bay Rosie Resort, L.P.  a Delaware Limited partnership; LHO Mission Bay Rosie Lessee, Inc. a Delaware Corporation; Does 1-10 | **JUDGMENT IN A CIVIL CASE** |
| Defendant. | |

**Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been tried or heard and a decision has been rendered.

IT IS HEREBY ORDERED AND ADJUDGED:

The Court GRANTS Defendants' motion for judgment on the pleadings and DISMISSES Plaintiff's FAC without leave to amend. The Clerk of Court is directed to close the case.

Date:       4/29/21

**CLERK OF COURT**
**JOHN MORRILL, Clerk of Court**
By:  s/ M. Exler

M. Exler, Deputy